PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Thomas Galati, Jr.                                    Cr.: 04-00429-001

Name of Sentencing Judicial Officer: Faith S. Hochberg

Date of Original Sentence: 10/14/04

Original Offense: Conspiracy to Commit Bank Robbery

Original Sentence: 18 months

Type of Supervision: Supervised Release                      Date Supervision Commenced: 04/22/06

## PETITIONING THE COURT

[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The offender shall contribute 100 hours of community service work over a period of 18 months or less, from the date probation is granted. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

The offender failed to notify our office within 72 hours of having police contact and failed notify of this police contact on his monthly supervision report.

Respectfully submitted,

By: Janice L. Fink
Senior U.S. Probation Officer
Date: 08/28/06

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

9/5/06
Date