PROB 12C
(7/93)

# United States District Court

### for

### District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas Galati                                    Cr.: 04-CR000429-001

Name of Sentencing Judicial Officer: Honorable Faith Hochberg

Date of Original Sentence: 10/14/04

Original Offense: Conspiracy To Commit Bank Robbery,18 U.S.C.371(21)13(A)

Original Sentence: 18 months custody,2 years supervised release. Special Conditions: gambling treatment, financial disclosure ,mental health treatment and no new lines of credit.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 04/21/06

Assistant U.S. Attorney: To be assigned                    Defense Attorney: Adolph Gallucio

### PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**The defendant shall refrain from all gambling activities, legal or otherwise. He is to attend Gamblers Anonymous, or similar treatment, at the direction of the U.S. Probation Office. He shall abide by the rules of said treatment and will remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office. The defendant shall register on the self-exclusion lists maintained by the New Jersey Casino Control Commission and Racetrack Commission within 60 days of the commencement of supervision and remain on these lists for the duration of supervision.**' |
| | Upon release from Kintock House ,the offender was referred for individual gambling treatment at Trinitas Hospital. He appeared twice for therapy from April 24,2006 until the present. He has failed to attend Gambler's Anonymous despite directives to do so. He has also failed to register on the self -exclusion lists with the NJ casinos and racetracks as ordered by the Court. |

PROB 12C - Page 2
Thomas Galati

2          The offender has violated the supervision condition which states '**The defendant shall contribute 100 hours of community service work over a period 18 months or less, from the date of the order.  Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.**'

Community service was imposed as a sanction on September 5,2006 for the offender's failure to report  a police contact within 72 hours and failure to note same on his written monthly report. Subject was ordered to begin community service by November 1,2006 and has yet to do so despite being referred to the Bergen County Volunteer Center, United Way and Volunteers in Protective Services.

I declare under penalty of perjury that the foregoing is true and correct.

By:  Thomas S. Larson
      Supervising U.S. Probation Officer
Date:  11/17/06

THE COURT ORDERS:

[X] The Issuance of a Summons.  Date of Hearing: 12/12/06 at 10:30 AM
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/28/06
Date