PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision (Supplemental)

Name of Offender: Thomas Galati                                Cr.: 04-CR-000429-001

Name of Sentencing Judicial Officer: Honorable Faith Hochberg

Date of Original Sentence: 10/14/04

Original Offense: Conspiracy To Commit Bank Robbery, 18 U.S.C. 371(2113(A))

Original Sentence: 18 months custody, 2 years supervised release. Special Conditions: Gambling treatment, mental health treatment and no new lines of credit.

Type of Supervision: Supervised Release                Date Supervision Commenced: 04/21/06

Assistant U.S. Attorney: Deborah Gannett                Defense Attorney: Adolph Gallucio

### PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3. | The offender has violated the supervision condition which states **'The defendant shall refrain from all gambling activities, legal or otherwise. He is to attend Gamblers Anonymous, or similar treatment, at the direction of the U.S. Probation Office. He shall abide by the rules of said treatment and will remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office. The defendant shall register on the self-exclusion lists maintained by the New Jersey Casino Control Commission and Racetrack Commission within 60 days of the commencement of supervision and remain on these lists for the duration of supervision.'** |
| | On or about September 6, 2006, the offender gambled $500.00 at the Borgata Casino in Atlantic City, N.J. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas S. Larson
Supervising U.S. Probation Officer
Date: 12/21/06

PROB 12C - Page 2
Thomas Galati

THE COURT ORDERS:

[✓] The Issuance of a Summons.  Date of Hearing: 1/17/07 @ 2:00 p.m
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

1/8/06
_____
Date